| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Thomas, John J. | 2. Court or Organization<br><br>U.S. Bkrtcy. Court, M.D. of PA | 3. Date of Report<br><br>05/3/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

Ste. 150, Max Rosenn U.S. Cths
197 South Main Street
Wilkes-Barre, PA 18701

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. ▨ | ▨ (no beneficial interest) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Luzerne County Child Development Council-salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Eastern District of PA Bankruptcy Conference | 1/20/2011 to 1/21/2011 | Philadelphia, PA | Annual Bankruptcy Forum | Lodging; food; and registration fees |
| 2. | Pennsylvania Bar Institute | 9/14/2011 to 9/15/2011 | Mechanicsburg, PA | 16th Annual Bankruptcy Institute | Transportation; lodging; food; and registration fees |
| 3. | Turnaround Management Association | 11/14/2011 to 11/15/2011 | Pittsburgh, PA | Local Chapter Program "Bankruptcy Judges Speak" | Transportation; lodging; and food |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thomas, John J. | 05/3/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Prefer Stock-TCT Co. ▒▒▒ & closed corp.) | B | Dividend | J | W | | | | | |
| 2. Common Stock-TCT Co. ( ▒▒ & closed corp.) | | None | N | W | | | | | |
| 3. IRA #1-AIM Value B Mutual Fund n/k/a INVESCO (CHTRX) | A | Dividend | J | T | | | | | |
| 4. IRA #1-Oppenheimer Main Street Growth & Income Fund (MSIGX) | A | Dividend | J | T | | | | | |
| 5. Roth IRA #1 Investment Co. | A | Dividend | K | T | | | | | |
| 6. --Am Growth Fund-A (AGTHX) | | | | | | | | | |
| 7. --Capital World (CWGIX) | | | | | | | | | |
| 8. --Am Growth Fund-B (AGRBX) | | | | | | | | | |
| 9. --Munder Funds-A (MNNAX) | | | | | | | | | |
| 10. Roth IRA #2 Investment Co. | A | Dividend | K | T | | | | | |
| 11. --Am Growth Fund-B (AGRBX) | | | | | Sold (part) | 02/11/11 | J | A | |
| 12. --Income FD-A (AMECX) | | | | | | | | | |
| 13. --Munder Growth-A (MNNAX) | | | | | | | | | |
| 14. --Am Growth Fund A (AGTHX) | | | | | Spinoff (from line 11) | 02/11/11 | J | | |
| 15. Personal Accounts-PNC Bank | A | Interest | K | T | | | | | |
| 16. Charitable Foundation A (no beneficial interest) | E | Dividend | O | T | | | | | |
| 17. --Janus Mid Cap Value Fund FD (JMCVX) n/k/a Perkins Midcap | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  --Calamos Growth Fund CL-A FD #606 (CVGRX) | | | | | | | | | |
| 19.  --Royce Opportunity Fund Investment Class FD #249 (RYPNX) | | | | | | | | | |
| 20.  --Astrazeneca PLC | | | | | | | | | |
| 21.  --Cisco Systems, Inc. | | | | | Sold | 02/27/11 | K | | |
| 22.  --ISHARES Barclays TR US Tip (TIP) | | | | | | | | | |
| 23.  --ISHARES Barclays AGG Bond Fund (AGG) | | | | | | | | | |
| 24.  --Prudential Jennison 20/20 Focus Fund Class Z (PTWZX) | | | | | | | | | |
| 25.  --T Rowe Price Value FD Inc Fund #107 | | | | | Sold | 12/23/11 | L | | |
| 26.  --T Rowe Price Growth FD #40 (PRGFX) | | | | | | | | | |
| 27.  --Blackrock Funds Fund 332 (BFMCX) | | | | | | | | | |
| 28.  --Harbor Int'l Fund Class Ins. (HAINX) | | | | | | | | | |
| 29.  --ISHARES IBOXX $ INVESTOP (LQD) Inv. Grade Corp. BD FD ETF | | | | | Buy (add'l) | 02/28/11 | K | | |
| 30.  --Eaton Vance Fund #924 (EIBLX) | | | | | Buy | 02/24/11 | K | | |
| 31.  --ISHARES TR DJ SELECT (DVY) | | | | | Buy | 12/28/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thomas, John J. | 05/3/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII.  INVESTMENTS AND TRUSTS.

>>It appears that in 2010, previously reported Munder FDS-B (MNNBX) [See Line 8 of 2010 Report] was liquidated and converted to current investment Am Growth Fund - A (AGTHX) [See Line 6].

>>Line 23. ISHARES Barclays AGG Bond Fund (AGG) ETF is still listed inasmuch it should have been listed as "part sold" on 12/02/2010 [See 2010 Report at Line 23].

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John J. Thomas**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544